UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 14-131 |
| BRYAN SCOTT | SECTION "N" (5) |

### ORDER & REASONS

Before the Court is the defendant, Bryan Scott's "Motion to Remove Counsel of Record and Proceed Pro Se" (Rec. Doc. 509). This Court has previously denied numerous motions by the defendant to remove his counsel of record, who is his third court-appointed attorney. The present motion is similar to those before it, but with one substantive difference: The defendant requests that he be allowed "to proceed as pro se counsel with appointed counsel as co-counsel." Now, having considered the motion, the record, and applicable law,

**IT IS HEREBY ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** to the defendant's right to re-urge his request, at the beginning of trial, to proceed *pro se* without appointed counsel. As has been communicated to the defendant, however, he is entitled to competent counsel, not counsel of his choice. The Court knows his current counsel, Warren McKenna, to be a competent, capable, and experienced defense attorney. At this time, and considering the defendant is incarcerated pending trial, the Court believes the defendant has benefited, and will continue to benefit, from having Mr. McKenna as counsel for the purpose of

conducting discovery and preparing for trial, even if the defendant elects not to take advantage of Mr. McKenna's services at trial. In all other respects, the motion is referred to counsel to address with his client.

    New Orleans, Louisiana, this 27th day of December 2016.

                                            _____
                                            KURT D. ENGELHARDT
                                            UNITED STATES DISTRICT JUDGE